No. 05–5275.  MANIGAULT v. UNITED STATES.  C. A. 4th Cir. Certiorari denied.

No. 05–5276.  LEWIS v. MORGAN, SUPERINTENDENT, WASHINGTON STATE PENITENTIARY.  C. A. 9th Cir.  Certiorari denied.

No. 05–5277.  JAHED v. GONZALES, ATTORNEY GENERAL. C. A. 4th Cir.  Certiorari denied.

No. 05–5278.  LOFTON v. ILLINOIS.  App. Ct. Ill., 4th Dist. Certiorari denied.

No. 05–5280.  GUTIERREZ v. WOODFORD, DIRECTOR, CALIFORNIA DEPARTMENT OF CORRECTIONS, ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 05–5281.  RAAD v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 05–5282.  SEPULVEDA v. ADAMS, WARDEN.  C. A. 9th Cir. Certiorari denied.

No. 05–5283.  HART v. UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 05–5284.  SMALL v. TERRY.  C. A. 4th Cir.  Certiorari denied.

No. 05–5285.  JAUREZ-PINEDA v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 05–5286.  MIDDLETON v. UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 05–5287.  JACKSON v. UNITED STATES.  C. A. 8th Cir. Certiorari denied.

No. 05–5288.  SCOTT v. LOUISIANA.  Ct. App. La., 4th Cir. Certiorari denied.

No. 05–5289.  SKINNER v. UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 05–5290.  OCHOA VELEZ v. TEXAS ET AL.  C. A. 5th Cir. Certiorari denied.